UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WELLS FARGO BANK MINNESOTA
N.A., as Trustee,

    Plaintiff-Appellant

    v.      Civil No.  3:03cv1591(MRK)

PATRICIA ANN GUARNIERI      Bankruptcy Case # 02-35554

    Defendant-Appellee

## JUDGMENT

This matter came on for consideration on a bankruptcy appeal before the Honorable Mark R. Kravitz,  United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the bankruptcy appeal and  on April 14, 2004, entered a Ruling on Appeal from Bankruptcy Court adopting, ratifying and affirming the ruling of the Bankruptcy Court.

It is therefore ORDERED and ADJUDGED that the ruling of the bankruptcy court is affirmed and the case is closed.

Dated at New Haven, Connecticut, this 16th day of April, 2004.

    KEVIN F.  ROWE, CLERK
    By
    /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk

EOD: _____